**Order filed October 6, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-15-00563-CR
NO. 14-15-00564-CR
_____

**CHARLES DARNELL SMITH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 183rd District Court
Harris County, Texas
Trial Court Cause No. 1387265**

---

## ORDER

Appellant, Charles Darnell Smith, filed a document entitled, "Habeas Corpus Direct Appeal Violation of Defendant Due Process Rights." He filed the document pro se. Smith is represented on appeal by appointed counsel Kelly Ann Smith. A party represented by counsel is not entitled to hybrid representation. *Patrick v. State*, 906 S.W. 2d 481, 498 (Tex. Crim. App. 1995). Therefore, the court will take no action on Smith's document.

PER CURIAM